**Order entered October 3, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00795-CV

### IN THE INTEREST OF K.K.W., A MINOR CHILD

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-12034-R**

## ORDER

Before the Court is the court reporter's September 29, 2016 request for extension of time to file the reporter's record. By order issued September 29, 2016, the Court extended the deadline for the reporter's record to December 22, 2016. Therefore, the motion is **DENIED AS MOOT**.

/s/     CRAIG STODDART
        JUSTICE